THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Brian Douglas
 Laws, Appellant.
 
 
 

Appeal From Pickens County
 C. Victor Pyle, Jr., Circuit Court Judge

Unpublished Opinion No. 2008-UP-503
 Submitted September 2, 2008  Filed
September 5, 2008    

APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; Solicitor Robert M. Ariail, of Greenville; for Respondent.
 
 
 

PER CURIAM:  Brian
 Laws appeals from his conviction of armed robbery.  On appeal, Laws counsel
 argues the statement Laws made to police was not voluntary and therefore should
 not have been admitted into evidence.  Laws also filed a pro se brief raising
 numerous issues.  After a
 thorough review of the record, counsels brief, and Laws pro se brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
SHORT,
 THOMAS, and PIEPER, JJ., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.